IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE T. HILL,<br><br>        Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY DEPUTY SHERIFF<br>D. JONES, Badge No. 1305,<br><br>        Defendant. | No. C 05-3135 CW (pr)<br><br>ORDER GRANTING PLAINTIFF A SECOND EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

    On November 27, 2006, Plaintiff filed a request for an extension of time in which to file his opposition to Defendant's Motion for Summary Judgment. The Court granted his request and directed Plaintiff to file his opposition by December 29, 2006. To date, Plaintiff has not filed an opposition.

    The Court notes that the aforementioned letter states that Plaintiff requested a "continuence [sic] until the 2nd week of June, [his] app. release date." He also asked for all communication to be sent to his mother; however, he misspelled the street name of her address.

    IT IS HEREBY ORDERED that a second extension of time for Plaintiff to file his opposition is GRANTED. The time in which Plaintiff may file his opposition to Defendant's Motion for Summary Judgment will be extended up to and including July 9, 2007.

The Clerk of the Court is directed to send a copy of Defendant's Motion for Summary Judgment (docket no. 15) along with a copy of this Order to Plaintiff's mother's address and to his physical address at the jail, as indicated below:

>    Gladys H. Anderson
>    1717 California Drive, Apt. 105
>    Vacaville, California 95687

>    Willie T. Hill
>    V-79683
>    Alameda County Santa Rita Jail
>    5325 Broder Blvd.
>    Dublin, CA 94568

The Clerk shall list both addresses above as Plaintiff's addresses in this action.

IT IS SO ORDERED.

DATED: 6/12/07



CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HILL,                                           Case Number: CV05-03135 CW

         Plaintiff,                      **CERTIFICATE OF SERVICE**

  v.

JONES et al,

         Defendant.                /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brendan Kenny
Andrada & Associates
180 Grand Avenue
Suite 925
Oakland, CA 94612

Willie T. Hill                           w/mo. and supporting declarations (docket nos. 15-18)
c/o Gladys H. Anderson
1717 California Drive, Apt. 105
Vacaville, California 95687

Willie T. Hill                           w/mo. and supporting declarations (docket nos. 15-18)
V-79683
Alameda County Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

Dated: June 12, 2007
                                             Richard W. Wieking, Clerk
                                             By: Sheilah Cahill, Deputy Clerk